■ Radhika Singh, Appellant, v Gayle H. McCrossen et al., Defendants, and Westchester Rockland Newspapers, Inc., et al., Respondents. [975 NYS2d 336]—Order, Supreme Court, Bronx County (Julia I. Rodriguez, J.), entered July 26, 2012, which granted the motion of defendants-respondents (Gannett) for summary judgment dismissing the complaint and all cross claims as against them, unanimously affirmed, without costs.

Gannett established entitlement to summary judgment in this action where plaintiff was injured when, while walking to a bus stop on Gannett's property, she was struck by a car driven by her coworker defendant McCrossen as she was leaving work. The motion court properly found that Gannett's failure to provide a sidewalk leading from the front door of its building to a County bus stop on the property was not a proximate cause of plaintiff's accident as a matter of law (*see Derdiarian v Felix Contr. Corp.*, 51 NY2d 308, 315 [1980]). Instead, the fact that there were no sidewalks in the area of plaintiff's accident merely furnished the occasion for the accident (*see Sheehan v City of New York*, 40 NY2d 496, 503 [1976]).

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Andrias, J.P., Friedman, Richter, Manzanet-Daniels and Feinman, JJ.